**Order entered April 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01571-CV

### JOANN SEMPLE AND CAROL MATTHEWS, Appellants

### V.

### FRED VINCENT, Appellee

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-11180

## ORDER

We **GRANT** appellants' April 7, 2016 amended motion to extend time to file brief and

**ORDER** the brief be filed no later than April 27, 2016.

/s/    CRAIG STODDART
       JUSTICE